SEND-O

FILED
CLERK, U.S. DISTRICT COURT
OCT -3 2014
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION   BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>James Steven Harms<br>          Defendant. | Case No.: 5:14-404 M<br><br>ORDER OF PRETRIAL<br>DETENTION<br>(18 U.S.C. §§ 3142(e), (i)) |

I.

A.   (X)   On motion of the Government in a case that involves:

1.   ( )   a crime of violence, a violation of 18 U.S.C. § 1591, or an offense listed in 18 U.S.C. § 2332b(g)(5)(B) for which a maximum term of imprisonment of ten years or more is prescribed.

2.   ( )   an offense for which the maximum sentence is life imprisonment or death.

3.   (X)   an offense for which a maximum term of imprisonment of ten years or more is prescribed in the Controlled Substances Act, the Controlled Substances Import and Export Act, or the Maritime Drug Law Enforcement Act.

1

|     |     |     |     |
| --- | --- | --- | --- |
| 1   |     | 4.  | ( ) any felony if defendant has been convicted of two or more |
| 2   |     |     | offenses described above, two or more state or local offenses |
| 3   |     |     | that would have been offenses described above if a |
| 4   |     |     | circumstance giving rise to federal jurisdiction had existed, or a |
| 5   |     |     | combination of such offenses.. |
| 6   |     | 5.  | ( ) any felony that is not otherwise a crime of violence that |
| 7   |     |     | involves a minor victim, or that involves possession or use of a |
| 8   |     |     | firearm or destructive device or any other dangerous weapon, |
| 9   |     |     | or that involves a failure to register under 18 U.S.C § 2250. |
| 10  | B.  | On motion (X) by the Government / ( ) of the Court *sua sponte* in a case |
| 11  |     | that involves: |
| 12  |     | 1. (X) a serious risk defendant will flee. |
| 13  |     | 2. ( ) a serious risk defendant will: |
| 14  |     |     | a. ( ) obstruct or attempt to obstruct justice. |
| 15  |     |     | b. ( ) threaten, injure or intimidate a prospective witness or |
| 16  |     |     |    juror, or attempt to do so. |
| 17  | C.  | The Government (X) is / ( ) is not entitled to a rebuttable presumption that |
| 18  |     | no condition or combination of conditions will reasonably assure |
| 19  |     | defendant's appearance as required and the safety or any person or the |
| 20  |     | community. |

## II.

The Court finds that no condition or combination of conditions will reasonably assure:

A. (X) the appearance of defendant as required.
B. (X) the safety of any person or the community.

1 | based on: _____
2 | _____
3 | _____
4 | _____

5  D.  (X)  Defendant has not rebutted by sufficient evidence to the contrary the
6          presumption provided in 18 U.S.C. § 3142(e) that no condition or
7          combination of conditions will reasonably assure the appearance of
8          defendant as required.

9  E.  (X)  Defendant has not rebutted by sufficient evidence to the contrary the
10         presumption provided in 18 U.S.C. § 3142(e) that no condition or
11         combination of conditions will reasonably assure the safety of any
12         other person and the community.

13                                  VI.

14  A.  IT IS THEREFORE ORDERED that defendant be detained prior to trial.

15  B.  IT IS FURTHER ORDERED that defendant be committed to the custody of
16      the Attorney General for confinement in a corrections facility separate, to
17      the extent practicable, from persons awaiting or serving sentences or being
18      held in custody pending appeal.

19  C.  IT IS FURTHER ORDERED that defendant be afforded reasonable
20      opportunity for private consultation with counsel.

21  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States
22      or on request of an attorney for the Government, the person in charge of the
23      corrections facility in which defendant is confined deliver defendant to a
24      United States Marshal for the purpose of an appearance in connection with a
25      court proceeding.

26  DATED: October 3, 2014                    _____
27                                             SHERI PYM
                                               United States Magistrate Judge
28